## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **SHAMMUA WILLIAMS,** | FILED: JULY 22, 2008 |
| **Plaintiff,** | 08CV4169 |
| v. | JUDGE ZAGEL |
| **MICHAEL A. CARROLL, JAMES J. OBALDO, ALFREDO Z. SILVA, LAURENCE T. STILES, DANIELLE N. PHILP, DAVID ADAMS, ADAM C. WOLBERS, and CITY OF CHICAGO,** | MAGISTRATE JUDGE MASON TG |
| **Defendants.** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff SHAMMUA WILLIAMS**

| | |
|---|---|
| NAME (Type or print) **Irene K. Dymkar** | |
| SIGNATURE /s **Irene K. Dymkar** | |
| FIRM **Irene K. Dymkar** | |
| STREET ADDRESS **300 West Adams, Suite 330** | |
| CITY/STATE/ZIP **Chicago, IL 60606-5107** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **90785719** | TELEPHONE NUMBER **(312) 345-0123** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |