AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

RECEIVED
2008 JUL 25 AM 9 52
OFFICE OF THE
CITY CLERK

SHAMMUA WILLIAMS,

        Plaintiff,

v.

MICHAEL A. CARROLL, JAMES J. OBALDO,
ALFREDO Z. SILVA, LAURENCE T. STILES,
DANIELLE N. PHILP, DAVID ADAMS,
ADAM C. WOLBERS, and CITY OF CHICAGO,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

08CV4169
JUDGE ZAGEL
MAGISTRATE JUDGE MASON

TO:

**CITY OF CHICAGO**
City Clerk
121 N. LaSalle, Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____  _____
BY DEPUTY CLERK                   DATE

**Michael W. Dobbins, Clerk**

_____  _____
(By) DEPUTY CLERK                 July 23, 2008
                                         Date



# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 25, 2008 |
| NAME OF SERVER (PRINT) Linda DuBose | TITLE Plaintiffs' Attorney Staff |

*Check one box below to indicate appropriate method of service*

x  Served personally upon the defendant. Place where served: **Clerk of the City of Chicago, 121 N LaSalle, Room 107, Chicago, IL 60602**

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 25, 2008         *Linda DuBose*
                  Date                    Signature of Server

**300 West Adams, Suite 330, Chicago, IL 60606-5107**
*Address of Server*

[stamp: OFFICE OF THE CITY CLERK  RECEIVED  2008 JUL 25 AM 9 53]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.