AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SHAMMUA WILLIAMS,

                Plaintiff,                SUMMONS IN A CIVIL CASE

v.

MICHAEL A. CARROLL, JAMES J. OBALDO,    CASE NUMBER:
ALFREDO Z. SILVA, LAURENCE T. STILES,
DANIELLE N. PHILP, DAVID ADAMS,           ASSIGNED JUDGE:
ADAM C. WOLBERS, and CITY OF CHICAGO,

                                        DESIGNATED MAGISTRATE JUDGE:

              Defendants.              08CV4169
                                        JUDGE ZAGEL
                                        MAGISTRATE JUDGE MASON

TO:

                        LAURENCE T. STILES
                        Chicago Police Department
                        3501 S. Michigan
                        Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

                **Irene K. Dymkar**
                300 W. Adams St., Suite 330
                Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                _____
BY DEPUTY CLERK                                                    DATE

**Michael W. Dobbins, Clerk**

*[signature]*                                                          **July 23, 2008**
--------------------------------                                     --------------------------------
**(By) DEPUTY CLERK**                                                       Date



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 24, 2008 |
| NAME OF SERVER (PRINT)  Rebecca Darugar | TITLE  Plaintiffs' Attorney Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X  Other (specify):  Chicago Police Department, 3510 S. Michigan, Chicago, IL 606__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 24, 2008         *Rebecca Darugar*
                Date                   Signature of Server

300 West Adams, Suite 330, Chicago, IL 60606-5107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.