IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAMMUA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4169 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| CITY OF CHICAGO, MICHAEL A. CARROLL, JAMES J. OBALDO, ALFREDO Z. SILVA, LAURENCE T. STILES, DANIELLE N. PHILIP, DAVID ADAMS, AND ADAM C. WOLBERS, | ) ) ) ) ) ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, by and through one of their attorneys, Christopher A. Wallace, Assistant Corporation Counsel of the City of Chicago, and Defendant City of Chicago, by and through one of its attorney's, respectfully request this Honorable Court to extend the time for all Defendants to answer or otherwise plead to plaintiff's complaint until October 17, 2008. Plaintiff's counsel has been contacted via telephone for purposes of seeking agreement as to the relief requested in this motion but has not yet responded. In support of this joint motion, Defendants state as follows.

1. Plaintiff filed his complaint on July 22, 2008. Defendant City of Chicago was served on or about July 25, 2008. Individual Defendants Michael A. Carroll, James J. Obaldo, and Alfredo Z. Silva were served on August 11, 2008. Individual Defendant Danielle N. Philip was served on August 14, 2008. Individual Defendant Laurence T. Stiles was served on August 13, 2008. Individual Defendant Adam C. Wolbers was served on

August 28, 2008. As of the date of this motion, based upon information available to the undersigned, Individual Defendant David Adams has not yet been served as of the filing of this motion.

2. Plaintiff complaint alleges federal constitutional violations and tort claims under Illinois law that involve various criminal and administrative proceedings; likely to have transcripts related to the same. Defendants' counsel is in the process of locating and obtaining the several necessary documents relating to the events set forth in the complaint but has not received them as of yet and needs time to compile them.

3. Counsel for Defendants has not yet been able to meet with the seven (7) named individual defendants and interview each client in relation to this matter and has not received any police reports in relation to the incident from which Plaintiff complains and has based this lawsuit upon.

4. In order to properly prepare a responsive pleading or motion, counsel requests until October 17, 2008, to coordinate a meeting with clients to discuss the allegations in plaintiff's complaint and to obtain and review relevant documents.

5. The undersigned is scheduled to be on trial beginning September 29, 2008, before Judge Guzman.

6. Defendants request until October 17, 2008, to answer or otherwise plead to plaintiff's complaint.

7. This motion is not made for purposes of undue delay but to enable Defendants to prepare an appropriate defense to the allegations contained in plaintiff's complaint. No prejudice will result to plaintiff by granting this motion.

WHEREFORE, Defendants respectfully request this court extend the time to answer or otherwise plead to plaintiff's complaint to October 17, 2008.

DATED:  September 2, 2008

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | Michael A. Carroll |
| City of Chicago | James J. Obaldo |
| Mara S. Georges | Alfredo Z. Silva |
| Corporation Counsel | Laurence T. Stiles |
|  | Danielle N. Philip |
| By:  /s/ Christopher A. Wallace | David Adams |
|      Christopher A. Wallace | Adam C. Wolbers |
|      Assistant Corporation Counsel |  |
|      Attorney for Defendants | By: /s/ Christopher A. Wallace |
|  |      Christopher A. Wallace |
| Federal Civil Rights Litigation Division |      Assistant Corporation Counsel |
| 30 N. LaSalle St., Suite 1400 | Attorney for Defendants |
| Chicago, Illinois 60602 |  |
| T: (312) 742-6408 | Federal Civil Rights Litigation Division |
| F: (312) 744-6566 | 30 N. LaSalle St., Suite 1400 |
| ARDC#: 6278655 | Chicago, Illinois 60602 |
|  | T: (312) 742-6408 |
|  | F: (312) 744-6566 |
|  | ARDC#: 6278655 |

**CERTIFICATE OF SERVICE**

I, Christopher Wallace, hereby certify that on September 2, 2008, I caused a true and correct copy of the above Motion to be served upon counsel for Plaintiff by filing the same before the Court via the ECF system.