IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAMMUA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4169 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| CITY OF CHICAGO, MICHAEL A. CARROLL, JAMES J. OBALDO, ALFREDO Z. SILVA, LAURENCE T. STILES, DANIELLE N. PHILIP, DAVID ADAMS, AND ADAM C. WOLBERS, | ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Irene K. Dymkar
      300 W. Adams St., Suite 330
      Chicago, Illinois 60606-5107
      T: (312) 345-0123

    **PLEASE TAKE NOTICE** that on Tuesday, September 9, 2008 at 10:15 a.m., the undersigned shall appear before the Honorable Judge Zagel, Room 2503 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendants' Joint Motion for Extension of Time To Answer or Otherwise Plead, a copy of which is herewith served upon you.

Dated:  September 2, 2008

                                        Respectfully submitted,

                                        /s/ Christopher A. Wallace
                                        Assistant Corporation Counsel
                                        *Attorney for Defendants*

                                        Christopher A. Wallace
                                        ARDC # 6278655
                                        30 N. LaSalle St.

Ste. 1400
Chicago, IL 60602

**CERTIFICATE OF SERVICE**

    I, Christopher A. Wallace, hereby certify that on September 2, 2008, I caused a copy of the foregoing Notice of Motion to be served upon all counsel of record by filing the same via the Court's ECF filing system.

    /s/ Christopher A. Wallace
    Christopher A. Wallace